IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORETTA FERGERSON, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CASE NO. 2:13-cv-377-WHA |
| UNITED STATES OF AMERICA, | ) ) (WO) |
| Respondent. | ) ) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondent and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 8th day of October, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE