IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORETTA FERGERSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION NO. 2:13CV377-WHA<br>(WO) |

ORDER

This cause is now before the court on Plaintiff's Motion for Reconsideration (Doc. #45).

The Plaintiff, Fergerson, in part advances the same arguments she made in her original motion, which the court has considered in its previous Order (Doc. #44). For the reasons stated in that Order, the Motion for Reconsideration is due to be DENIED. Fergerson has also argued in her motion for reconsideration that the Government's opposition to her motion takes inconsistent positions, but the court finds that the Government's positions that it should not be put to the burden of proving financial loss, but if it is, it will be able to meet that burden, are consistent, and not a basis for reconsideration in this case.

Accordingly, the Motion for Reconsideration is ORDERED DENIED.

DONE this 22nd day of May, 2017.

                                                    /s/ W. Harold Albritton
                                                    W. HAROLD ALBRITTON
                                                    SENIOR UNITED STATES DISTRICT JUDGE